In re:

BLUEWORKS CORPORATION,

Debtor.[1]

Bankruptcy Case No. 24-30494 (LTB)

## ORDER WITHDRAWING REFERENCE

**UPON CONSIDERATION** of Hayward Industries, Inc.'s ("Hayward") Motion to Withdraw the Reference (Doc. No. ) in the above referenced bankruptcy case (the "Motion"), and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and all objections, formal or informal, having been overruled, withdrawn, or resolved; and the Court having found that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and after due deliberation,

  **IT IS HEREBY ORDERED THAT**:

1.      The request in the Motion to withdraw the reference is **GRANTED**.

2.      Pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a), the reference of that certain adversary proceeding filed in the United States Bankruptcy Court for the Western District of North Carolina (Charlotte Division), titled *Blueworks*

---

[1] Debtor is the following entity (the last four digits of its taxpayer identification number follow in parentheses): Blueworks Corporation (3957). The Debtor's address is 8408 Channel Way, Waxhaw, North Carolina, 28173.

*Corporation v. Hayward Industries, Inc.*, Adv. No. 24-03029 (the "Adversary Proceeding"), shall be, and it hereby is, withdrawn to the United States District Court for the Western District of North Carolina (Charlotte Division) (the "District Court").

      3.     Henceforth, all pleadings, papers and other documents in the Adversary Proceeding shall be filed with the Clerk of the District Court and shall contain the District Court case number and other pertinent case information appearing on the caption of this Order.

      4.     Any deadlines in the Adversary Proceeding, including response deadlines to the complaint and motion filed therein, are tolled and will be reset upon further order of the District Court or agreement of the parties.

      5.     The Clerk of this Court is directed to deliver a copy of this Order to the Clerk of the Bankruptcy Court.

Signed: July 16, 2024

Max O. Cogburn Jr.
United States District Judge